503

No. 69671.—Irving Raincoat Co., Inc. *v.* United States, protests 63/5720, etc. (San Francisco).

Opinion by NICHOLS, J.  In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 8, 1965

No. 69672.—J. C. De Jong & Co., Inc., et al. *v.* United States, protests 62/12381, etc. (New York).

Opinion by RAO, C.J.  In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

No. 69673.—Robert Bosch Corp. *v.* United States, protests 61/3215, etc. (New York).

Opinion by RAO, C.J.  In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.